UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN BALL, INC., | ) |
| Plaintiff(s), | ) No. C07-1148 BZ |
| v. | ) **BRIEFING ORDER** |
| CLEAR WATER USA, INC., et al., | ) |
| Defendant(s). | ) |

Defendants' motion to dismiss or, in the alternative, to transfer venue having been received by the Court and noticed for July 11, 2007 hearing, **IT IS ORDERED** as follows:

1. Plaintiff's opposition, if any, shall be filed by June 1, 2007;

2. Defendants' reply, if any, shall be filed by June 8, 2007.

Dated: May 9, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Goodman Ball\BRIEFING ORDER.wpd

1