UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOODMAN BALL, INC., | ) | |
| Plaintiff(s), | ) | No. C07-1148 BZ |
| v. | ) | **ORDER GRANTING EXTENSION OF TIME** |
| CLEAR WATER USA, INC., et al., | ) | |
| Defendant(s). | ) | |

Having read defendants' motion for enlargement of time to file their reply and plaintiff's opposition, and good cause appearing, **IT IS HEREBY ORDERED** that defendants may file their reply by **June 15, 2007.**

Dated: June 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Goodman Ball\ORDER.GRANTING.ENLARGE.TIME.wpd

1