UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN BALL, INC., <br><br>            Plaintiff(s), <br><br>      v. <br><br> CLEAR WATER USA, INC., et al., <br><br>            Defendant(s). | No. C07-1148 BZ <br><br> **ORDER FOR PARTIES TO ENGAGE IN SETTLEMENT DISCUSSIONS** |

As discussed during today's case management conference, in view of the apparent amount in controversy, and the substantial expense that each side can anticipate litigating this patent dispute, the Court strongly encourages the parties to engage in early settlement discussions. **IT IS THEREFORE ORDERED** that on or before **December 1, 2007**, a representative of the plaintiff shall meet in person with a representative of each defendant to discuss settlement. Each representative shall have full authority to negotiate a settlement. They shall meet in **Dallas, Texas** or in any other place to which they agree. The representatives are urged to explore a creative, business resolution of their dispute. If the case

1

settles, the parties are to notify the Court immediately.

  Each party shall provide the other informally, expeditiously and pursuant to Federal Rule of Evidence 408 with all information reasonably needed to further the progress of the settlement negotiations.  Confidential information may be provided subject to a protective order.

Dated:   October 31, 2007

         _____
         Bernard Zimmerman
        United States Magistrate Judge

G:\BZALL\-BZCASES\Goodman Ball\ORDER RE SETT.CONF.wpd

2