Caryl E. Delano (State Bar No. 93692)
Addison & Delano, P. A.
P. O. Box 2175
Tampa, FL 33601-2175
Telephone: (813) 223-2000
Facsimile: (813) 228-6000
email: cdelano@addisondelano.com
Attorneys for Defendants Mach II Aviation, Inc., and
Escape Velocity of Tampa Bay, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GOODMAN BALL, INC.,            Case No. 3:07-cv-01148-BZ

    Plaintiff,

**[PROPOSED] ORDER AUTHORIZING CARYL E. DELANO TO ATTEND HEARING BY TELEPHONE**

    v.

MACH II AVIATION, INC., and
ESCAPE VELOCITY OF TAMPA BAY, INC.,      **The Honorable Bernard Zimmerman**

    Defendants.                 /

This Case came on for consideration of Defendants' Motion for Order Authorizing their counsel, Caryl E. Delano, to attend the Claims Construction Pre-Hearing by telephone. The Court having considered the Motion, IT IS ORDERED as follows:

1. The Motion is GRANTED.

///

///

///

2. Caryl E. Delano may attend the Claims Construction Pre-Hearing Conference scheduled for January 23, 2008 at 10:00 a.m., by telephone. **<u>COUNSEL SHALL CALL THE COURT AT 10:15 a.m. at 415-522-4093.</u>**

Dated: __January 22, 2008_____  _____
Bernard Zimmerman
United States Magistrate Judge



s:\clients open\denouement.goodman.2480\pld\order telephone 01 23 08 29599.doc

2  Order Granting Motion to Appear by Telephone
3:07-cv-01148-BZ