UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOODMAN BALL, INC., )
        Plaintiff(s), )  No. C07-1148 BZ
    v. )  **AMENDED ORDER SCHEDULING**
)  **JURY TRIAL AND PRETRIAL**
CLEAR WATER USA, INC., et )  **MATTERS**
al., )
)
        Defendant(s). )

Following the January 23, 2008 hearing, **IT IS HEREBY ORDERED** that my November 5, 2007 Order Scheduling Jury Trial and Pretrial Matters is amended as follows:

- Exchange of Proposed Terms and Claim Elements for Construction - Patent L.R. 4-1 (a) due **January 30, 2008**;
- Disclosure of Identity, Qualifications, and Expertise of Expert Witnesses due **February 7, 2008**;
- Exchange of Preliminary Claim construction and Extrinsic Evidence - Patent L.R. 4-2(a) due **February 13, 2008**;
- Joint Claim Construction Pre-Hearing Conference Statement - Patent L.R. 4 - 3 due **February 27, 2008**;

1

- Expert Witness Reports on Markman Issues due **February 29, 2008**;
- and the Claim Construction Pre-Hearing Conference will be held on **March 5, 2008** at **10:00 a.m.**

Dated: January 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Goodman Ball\AMENDED TRIAL SCHEDULING ORDER.2.wpd