UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN BALL, INC., <br><br>     Plaintiff(s), <br><br>   v. <br><br> CLEAR WATER USA, INC., et al., <br><br>     Defendant(s). | No. C07-1148 BZ <br><br> **ORDER SCHEDULING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

**It is ORDERED** that a hearing on the Motion To Withdraw as Counsel for Defendants is scheduled for **Wednesday, March 4, 2009, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any opposition shall be filed by **February 11, 2009**. Any reply shall be filed by **February 18, 2009**. The moving party shall serve this order on all interested parties.

Dated:   January 21, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GOODMAN BALL\NOTICE SETTING MOT TO WITHDRAW.wpd

1