# LAW OFFICES OF
# MICHAEL C. ADDISON, P.A.

Post Office Box 172535
Tampa, Florida 33672-0535
400 N. Tampa St., Suite 1100 (33602)
Telephone: 813-223-2000
Telecopier: 813-228-6000

**Michael C. Addison**
Board Certified Civil Trial Lawyer
Board Certified Business Litigation Lawyer
Email: m@mcalaw.net

**Laura H. Howard**
Email: howard@mcalaw.net

January 30, 2009

Clerk, Intake
United States District Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102
(415) 522-2000

    Re:    Goodman Ball, Inc. v. Clear Water USA, Inc.
           Case No. 3:07-cv-01148-BZ, U.S. District Court, California

Dear Sir or Madam:

    I previously mailed my original Defendants' Motion to Withdraw as Counsel (with proposed Order included) along with a courtesy copy for Judge Zimmerman's chambers along with my letter of January 15, 2009, for filing. As I noted in that letter, I am not a member of the Bar of the State of California and do not have a login for your CM/ECF program so I could not file the original motion electronically. The motion is now docketed in the case.

    Prior to filing my Motion to Withdraw as Counsel, I spoke with Judge Zimmerman's chambers and was told that I was not required to set a hearing on that motion at the time it was submitted for filing. However, since that time a hearing has been set by Judge, and that hearing theoretically could require me to be in attendance at the hearing in San Francisco on March 4, 2009 (Docket No. 86). Because I am not admitted to practice in California, and because travel to San Francisco would be extremely time consuming and expensive, I thought I should again bring to your attention, and that of Judge Zimmerman, the unusual predicament in which I find myself since my partner has been appointed a Bankruptcy Judge in Tampa, Florida.

Letter to Clerk
January 30, 2009
Page 2

      It was my hope when I submitted the Motion to Withdraw that the Judge would enter the proposed Order without hearing, given that there is no one to object to my request. If a hearing is required, would it be possible to attend the hearing set on this motion by telephone? If you or the judge requires additional information or another filing, please contact me. Thank you for your attention to this request.

                                    Sincerely yours,

                                    Michael C. Addison

cc:    Judge Zimmerman via email at bzpo@cand.uscourts.gov
        Michael M. Ahmadshahi, Esq., via email at mahmadshahi@mmaiplaw.com
        Mr. John Stanton via email at js@castcrete.com

MCA:dl
s:\clients open\denouement.goodman.2480\ltr\letter to clerk 01 30 09 38038.doc

**1/30/2009 - Permission to appear by phone GRANTED. Anyone wishing to appear by telephone shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**



GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA