UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN BALL, INC., <br>     Plaintiff(s), <br>   v. <br> CLEAR WATER USA, INC., et al., <br>     Defendant(s). | No. C07-1148 BZ <br><br> **BRIEFING ORDER** |

Having received defendants' motion for relief from order granting plaintiff's motion to reopen case, noticed for hearing on July 1, 2009, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **May 15, 2009**;

2. Defendants' reply, if any, shall be filed by **May 29, 2009.**

Dated: May 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GOODMAN BALL\SECOND BRIEFING ORDER.wpd

1