IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Goodman Ball, Inc.

        Plaintiff,

v.

Clear Water USA, Inc., Mach II Aviation, Inc., et al.,

        Defendant.

CASE NO. 3:07-cv-01148-BZ

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

John E. Johnson, whose business address and telephone number is Shutts & Bowen, LLP, 100 S. Ashley Dr., Suite 1500, Tampa, Florida, 33602; 813-227-8148

and who is an active member in good standing of the bar of the State of Florida having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 18, 2009

Bernard Zimmerman
United States District Judge