Arthur H. Barens (SBN 043215) barenslaw@aol.com
Joe Hariton (SNB 133994) jhariton@barenslaw.com
LAW OFFICES OF ARTHUR H. BARENS
10209 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 557-0444
Facsimile: (310) 557-1432

John E. Johnson (Florida Bar No. 593000) jjohnson@shutts.com
Janelle A. Weber (Florida Bar No. 017630) jweber@shutts.com
SHUTTS & BOWEN LLP
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
Telephone: (813) 229-8900
Facsimile:  (813) 229-8901
*Admitted Pro Hac Vice*

Attorneys for Defendants,
MACH II AVIATION, INC. & ESCAPE VELOCITY OF TAMPA BAY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOODMAN BALL, INC.,<br>　　　Plaintiff,<br><br>　　　v.<br><br>MACH II AVIATION, INC., and ESCAPE VELOCITY OF TAMPA BAY, INC.,<br><br>　　　Defendants._____ / | Case No. 3:07-cv-01148-BZ<br><br>**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S UNAUTHORIZED SUR-REPLY**<br><br><br>**The Honorable Bernard Zimmerman<br>No Hearing Scheduled** |

## MEMORANDUM AND POINTS OF AUTHORITY

Defendants, Mach II Aviation, Inc. ("Mach II") and Escape Velocity of Tampa Bay, Inc. ("Escape Velocity") (together, "Defendants"), file this Motion to Strike Plaintiff, Goodman Ball, Inc.'s ("GBI"), Unauthorized Sur-Reply.

### I. BACKGROUND

On December 3, 2008, GBI filed a Motion to Reopen the Case. (Doc. 84). On January 6, 2009, the Court granted GBI's motion. (Doc. 85). On May 1, 2009, Defendants filed their Motion for Relief from Order Granting Plaintiff's Motion to Reopen Case. (Doc. 96). GBI filed its Opposition on May 15, 2009. (Doc. 102). On May 29, 2009, Defendants filed their Reply to GBI's Opposition to Defendants' Motion for Relief from Order Granting Plaintiff's Motion to Reopen Case. (Doc. 106). On June 4, 2009, GBI filed its Request for Leave to File Sur-Reply, attaching the Sur-Reply as Exhibit A. (Doc. 106).

### II. ARGUMENT

Civil Local Rule 7-3(d) provides that "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Defendants filed their Reply on May 29, 2009, and GBI filed its Request for Leave to File Sur-Reply on June 4, 2009. By attaching the Sur-Reply as an exhibit to GBI's Request for Leave to File Sur-Reply, GBI filed additional memoranda without first obtaining Court approval. Accordingly, GBI violated Civil Local Rule 7-3(d).

### III. **CONCLUSION**

Defendants respectfully request that this Court strike GBI's Sur-Reply attached as Exhibit A to GBI's Request for Leave to File Sur-Reply.

Respectfully submitted,
SHUTTS & BOWEN LLP

/S/Janelle A. Weber
Janelle A. Weber

1 **PROPOSED ORDER**

3  This Court having considered the foregoing motion, hereby grants Defendants' Motion to
4 Strike Plaintiff's Unauthorized Sur-Reply.

5  IT IS SO ORDERED.

7  Date   August 17   , 2009.

_____

Honorable Bernard Zimmerman
United State Magistrate Judge



**DENIED AS MOOT**

4  Case No. 3:07-cv-01147-BZ
DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
UNAUTHORIZED SUR-REPLY

**DECLARATION OF JANELLE A. WEBER**

I, JANELLE A. WEBER, declare as follows:

1. I am an attorney at law duly admitted to practice *pro hac vice* before the United States District Court for the Northern District of California and duly admitted to practice before the courts of the State of Florida and State of New York. I am an attorney of record for Defendants, Mach II Aviation, Inc. and Escape Velocity of Tampa Bay, Inc. in the above-captioned matter.

2. I make this declaration in support of Defendants' Motion to Strike Plaintiff's Unauthorized Sur-Reply. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2009

/S/ Janelle A. Weber
Janelle A. Weber

1 **CERTIFICATE OF SERVICE**

2     I, JANELLE A. WEBER, certify under penalty of perjury that the foregoing was served

3 on the interested parties below, via the Court's Electronic Case Filing Program and/or United

4 States Mail on June 5, 2009.

5                                                 /S/ Janelle A. Weber
6                                                 Janelle A. Weber

8 SHUTTS & BOWEN LLP
9 John E. Johnson (Florida Bar No. 593000)
10 jjohnson@shutts.com
11 Janelle A. Weber (Florida Bar No. 017630)
12 jweber@shutts.com
13 100 S. Ashley Drive, Suite 1500
14 Tampa, FL 33602
15 Telephone: (813) 229-8900
16 Facsimile:  (813) 229-8901
17 *Admitted Pro Hac Vice*

19 Attorneys for Defendants, Mach II Aviation,
20 Inc. and Escape Velocity of Tampa Bay, Inc.

22 Michael M. Ahmadshahi, Esq.
23 Shana L. Villoria, Esq.
24 Law Offices of Michael M. Ahmadshahi, A.P.C.
25 600 Anton Blvd., Ste. 1100
26 Costa Mesa, CA 92626

28 Attorneys for Plaintiff