UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODMAN BALL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CLEAR WATER USA, INC., et al., <br><br> Defendant(s). | No. C07-1148 BZ <br><br> **BRIEFING ORDER** |

Defendants' motion to dismiss or, in the alternative, to transfer venue having been received by the Court and noticed for July 11, 2007 hearing, **IT IS ORDERED** as follows:

1.  Plaintiff's opposition, if any, shall be filed by June 1, 2007;

2.  Defendants' reply, if any, shall be filed by June 8, 2007.

Dated: September 9, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GOODMAN BALL\BRIEFING ORDER.wpd

1