UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOODMAN BALL, INC., | ) | |
| Plaintiff(s), | ) | No. C07-1148 BZ |
| v. | ) | |
| CLEAR WATER USA, INC., et al., | ) | **BRIEFING ORDER** |
| Defendant(s). | ) | |

Having received plaintiff's motion to enforce the Court's order and for attorneys' fees, **IT IS HEREBY ORDERED** as follows:

1. Defendants' opposition shall be filed by **September 21, 2009**;

2. Plaintiff's reply, if any, shall be filed by **September 29, 2009**;

///

///

///

///

///

1

3. A hearing on the motion is scheduled for **Wednesday, November 4, 2009** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 9, 2009

                                    _____
                                            Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-BZCASES\GOODMAN BALL\THIRD BRIEFING ORDER.wpd

2